AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Columbia

Stephan P. Foryan

V.

UNITED STATES

**SUMMONS IN A CIVIL ACTION**

CASE

CASE NUMBER  1:06CV01947

JUDGE: Reggie B. Walton

DECK TYPE: Pro se General Civil

DATE STAMP: 11/14/2006

TO: (Name and address of Defendant)

    Civil Process Clerk
    Alberto Gonzales
    United States Attorney General
    950 Pennsylvania Avenue
    Washington, District of Columbia 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF *PRO SE* ▓▓▓▓▓ (name and address)

    Stephan P. Foryan
    8995 RD 16 NE
    Moses Lake, WA
        98837-9359

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
_____     _____
CLERK                                DATE

_/s/ illegible_
(By) DEPUTY CLERK

≜AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE *Nov 24, 2006* |
| NAME OF SERVER (PRINT) *JOSEPH C. FORYAN* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): *By Registered Mail #RR744436014US*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *Nov 26, 2006*     *Joseph C. Foryan*
             Date                           Signature of Server

*8772 Rd 16 NE, Moses Lake, WA 98837-7359*
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| Registered No. RR744436014US | | | | Date Stamp |
|---|---|---|---|---|
| Reg. Fee $7.90 | | | | 0837 |
| Handling Charge $0.00 | | Return Receipt $1.85 | | 10 |
| Postage $0.87 | | Restricted Delivery $0.00 | | 11/24/06 |
| Received by | | | | Domestic Insurance up to $25,000 is included in the fee. |
| Customer Must Declare Full Value $$0.00 | | ☐ With Postal Insurance ☐ Without Postal Insurance | | International Indemnity is limited. (See Reverse). |

FROM: JOSEPH C. FORYAN
8772 Rd 16 NE
MOSES LAKE, WA 98837

TO: WASHINGTON DC 20530 CLERK/ALBERTO GONZALES
UNITED STATES ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE
WASHINGTON, DISTRICT OF COLUMBIA 20530

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®


**UNITED STATES POSTAL SERVICE**®

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **RR74 4436 014U S**
Status: **Delivered**

Your item was delivered at 4:49 AM on November 28, 2006 in WASHINGTON, DC 20530.

**Track & Confirm**
Enter Label/Receipt Number.

( Additional Details > )  ( Return to USPS.com Home > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust           Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy