AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Columbia _____

Stephan P. Foryan

V.

UNITED STATES

**SUMMONS IN A CIVIL ACTION**

CASE

CASE NUMBER 1:06CV01947

JUDGE: Reggie B. Walton

DECK TYPE: Pro se General Civil

DATE STAMP: 11/14/2006

TO: (Name and address of Defendant)

Civil Process Clerk
Kenneth L. Wainstein
United States Attorney
District of Columbia
501 3rd Street NW
Washington, District of Columbia 20001

pro se

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' ~~~~~~~ (name and address)

Stephan P. Foryan
8995 RD 16 NE
Moses Lake, WA
           98837-9359

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**
CLERK                                          DATE

_/s/_ _____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  Nov 24, 2006 |
| NAME OF SERVER (PRINT)  JOSEPH C. FORYAN | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  BY REGISTERED MAIL #RR 744436005 US

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Nov 26, 2006
          Date           Signature of Server

Address of Server:  8772 Rd 16 NE, Moses Lake WA. 98837-9359

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.




**UNITED STATES POSTAL SERVICE®**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **RR74 4436 005U S**
Status: **Delivered**

Your item was delivered at 4:39 AM on December 4, 2006 in WASHINGTON, DC 20530.

( Additional Details > ) ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

---

POSTAL INSPECTORS      site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust          Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInqui...    12/13/2006